CROMPTON-RICHMOND Co., INC., Appellant, v. EAGLE TOWEL SUPPLY Co., INC., and Others, Respondents.— The complaint contains two causes of action. The first cause of action charges defendants with the fraudulent transfer of assets. The second cause of action is to set aside said transfers by reason of defendants' failure to comply with section 44 of the Personal Property Law. Order, so far as appealed from denying plaintiff's motion to strike out answer pursuant to rule 104 of the Rules of Civil Practice, and for judgment in favor of plaintiff pursuant to section 476 of the Civil Practice Act unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BELMONT IRON WORKS, Appellant, v. PACIFIC COAST DIRECT LINE, INC., Respondent.— The first cause of action is to recover alleged overcharges for transporting structural steel from Chester, Pa., to Hawaiian Islands, with a transshipment at San Francisco. Order denying plaintiff's motion for summary judgment on the first cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, v. HARRY EPSTEIN and REDMOND J. DRUM, Doing Business, etc., Appellants.— Action for an injunction restraining defendants from issuing execution on a certain judgment entered in favor of defendants against plaintiff, and for a decree requiring defendants to specifically perform a written contract entered into with plaintiff. Orders granting plaintiff's motion for temporary injunction, and denying defendants' motion for judgment dismissing the complaint for insufficiency, and to strike out certain paragraphs of the complaint, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MINNIE PERLMAN and Another, Respondents, v. JACOB J. ALEXANDER, Appellant.— Order, so far as appealed from denying defendant's motion for judgment dismissing the first and second causes of action contained in the second amended complaint, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SETH MARRUS, Doing Business as SUPERIOR DUCK CLOTHING COMPANY, Appellant, v. FAIRY TOWEL SUPPLY CORPORATION, Respondent.— Action to set aside the sale of a business to defendant for its failure to comply with section 44 of the Personal Property Law, commonly known as the Bulk Sales Act. Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements, on the ground that triable issues of fact are involved. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.